THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LARRY LAWSON, Defendant-Appellant.

(No. 58956; ▮▮▮▮▮▮▮▮▮▮

First District (2nd Division)—November 27, 1973.

PER CURIAM.
HAYES, J., took no part.

James J. Doherty, Public Defender, of Chicago (J. Powers McGuire, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Thomas A. Mauet, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MAURICE GARDNER, Defendant-Appellant.

(No. 59007;

First District (2nd Division)—November 27, 1973.

PER CURIAM.
LEIGHTON, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Assistant State's Attorney, of counsel), for the People.